# EXHIBIT A

*28289*

Salvatore Imbornone, Jr. - I.D.: 000801984
McHUGH & IMBORNONE, P.A.
29 Columbia Turnpike, Suite 101
Florham Park, New Jersey 07932
Telephone (973) 966-1520

Attorneys for plaintiff, Jade S. White

| | |
|---|---|
| JADE S. WHITE,<br><br>Plaintiff,<br><br>vs.<br><br>MELVIN DIAZ, MD TRANSPORT, LLC., ABC COMPANIES (1-10) (names being fictitious) and JOHN DOES (1-15) (names being fictitious)<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY LAW DIVISION: ESSEX COUNTY DOCKET NO. ESX-L<br><br>Civil Action<br><br>COMPLAINT, DEMAND FOR JURY TRIAL, DESIGNATION OF TRIAL COUNSEL, DEMAND FOR ANSWERS TO INTERROGATORIES, AND DEMAND FOR PRODUCTION OF INSURANCE AGREEMENTS |

Plaintiff, Jade S. White, by way of Complaint against defendants, states the following:

FIRST COUNT

1.     On or about November 4, 2019, plaintiff, JADE S. WHITE, was the operator of a motor vehicle traveling in a westerly direction on U.S. Route 22 at or near mile marker 55.84, in the Township of Union, County of Union, State of New Jersey.

2.     At the same time and place, defendant, MELVIN DIAZ, was the operator of a tractor trailer as agent, servant, and/or employee of defendant, MD TRANSPORT, LLC., traveling in a westerly direction on U.S. Route 22 in Union, New Jersey.

3.     At the same time and place, the aforesaid defendants so carelessly, negligently and recklessly owned, operated and/or maintained their tractor trailer; failed to make proper and effective observations; failed to have proper control of their tractor trailer; failed to operate at

proper speed for existing road and traffic conditions; suddenly, without signal or warning, entered plaintiff's lane striking and colliding with plaintiff's vehicle, causing plaintiff to sustain permanent injury.

4.      As a direct and proximate result of the negligence of the defendants aforesaid, the plaintiff suffered severe injury, was required and will in the future be required to seek medical attention for her injuries and will continue to suffer great pain and be incapacitated from pursuing her usual employment and other activities.   Said injuries have caused the plaintiff pain and suffering, past, present and future, mental anguish and have left the plaintiff with permanent disabilities that will in the future diminish the quality of plaintiff's life.

WHEREFORE, plaintiff, JADE S. WHITE, demands judgment against the defendants, MELVIN DIAZ and MD TRANSPORT, LLC., individually, jointly, and severally, for damages, lawful interest, and costs of suit.

SECOND COUNT

1.      Plaintiff repeats each and every allegation of the previous Count of the Complaint as though fully set forth at length herein.

2.      ABC COMPANIES (1-10) (names being fictitious) and JOHN DOES (1-15) (names being fictitious), inclusive, are pleaded pursuant to $\underline{R}$. 4:26-4 to temporarily suffice for the presently undetermined identities of such other persons, corporations, partnerships, public entities and/or business entities of any nature and their agents, servants or employees or independent contractors, whose acts of negligence may have caused or contributed to the injuries and damages more particularly described hereinafter.

3.      At such time as the identities of these fictitiously pleaded tortfeasors are ascertained, plaintiff shall seek leave to amend this Complaint so as to substitute the actual identities of said individuals or firms.   Plaintiff attributes each and every act of negligence and damages alleged

against the named defendants hereto to those who are fictitiously pleaded as if they were more specifically set forth in their entirety.  Additionally, plaintiff attributes and hereby specifically pleads any act which in any way contributed to the happening of the accident as set forth herein, including but not limited to negligent acts involving the maintenance, construction, design, supervision and control of a roadway; the ownership, control, operation or entrustment of a motor vehicle; the serving, providing, offering or distributing of alcoholic beverages; the maintenance, supervision, control, repair or alteration of a motor vehicle and/or any other negligent conduct undiscovered at this time.

WHEREFORE, plaintiff demands Judgment on this Count against the defendants mentioned herein, for damages together with lawful interest, and costs of suit.

### DEMAND FOR JURY TRIAL

Pursuant to Rule 4:35-1, Plaintiff demands a trial by jury as to all issues of the within complaint.

### DESIGNATION OF TRIAL COUNSEL

Pursuant to Rule 4:25-4, Salvatore Imbornone, Jr., is hereby designated as trial counsel in the above matter.

### DEMAND FOR ANSWERS TO INTERROGATORIES

Demand is hereby made of each defendant for answers to Form C and C(1) Uniform Interrogatories, all within the time limits prescribed by the Rules of Court.

### DEMAND FOR PRODUCTION OF INSURANCE AGREEMENTS

Pursuant to R 4:10-2(b), demand is hereby made that you disclose to the undersigned whether there are any insurance agreements or policies under which any person or firm carrying on an insurance business may be liable to satisfy all or part of a judgment which may be entered in the action or to indemnify or reimburse for payment made to satisfy the judgment.  If so, please attach a

ESX-L-004352-20   06/29/2020 9:45:41 AM  Pg 4 of 4 Trans ID: LCV20201135504

copy of each, or in the alternative state, under oath and certification: (a) policy number; (b) name and address of insurer; (c) inception and expiration date; (d) names and addresses of all persons insured thereunder; (e) personal injury limits; (f) property damage limits; and (g) medical payment limits.

<u>CERTIFICATION PURSUANT TO R.4:5-1</u>

I hereby certify pursuant to Rule 4:5-1, to the best of my knowledge, information and belief, the matter in controversy is not the subject matter of any other action pending in any other Court or of a pending arbitration proceeding.  I further certify that no other persons or entities should be joined in this action.

McHUGH & IMBORNONE, P.A.
Attorneys for plaintiff, Jade S. White

By:_____
Salvatore Imbornone, Jr.

Dated:  June 25, 2020

# EXHIBIT B



*20200629171641*

*26289*

### SUPERIOR COURT OF NEW JERSEY
Law Division: Essex County

*212557*

### AFFIDAVIT OF SERVICE

Index no :ESX-L-4352-20

Jade S. White

                    Plaintiff(s),

vs.

Melvin Diaz, et al

                    Defendant(s).

_____/

STATE OF CONNECTICUT

                         ss: East Hartford

HARTFORD COUNTY

**Ethan Yade**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of Connecticut.

On **06/30/2020** at **4:30 PM**, I served the within **Summons and Complaint, CIS, Demands, Certification** on **Melvin Diaz** at **108 Old Foxon Road, New Haven, CT 06513** in the manner indicated below:

SUITABLE AGE: By delivering a true copy of each to **Juan Diaz, Uncle/Co-Resident**, a person of suitable age and discretion. Said premises is recipient's usual place of abode within the state.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|-----|--------------------|--------------|-----|--------|--------|
| Male | Hispanic | Black | 60 | 5'6" | 130 |
| Other Features: | | | | | |

Your deponent asked the person spoken to whether the Recipient was in the active military service and received a negative reply. Upon information and belief I have; being based on the conversations and observations above narrated. Recipient is not in the military service.

Sworn to and subscribed before me on
July 01, 2020
by an affiant who is personally known to
me or produced identification.

X _____
Ethan Yade
Guaranteed Subpoena
2009 Morris Avenue
Union, NJ 07083
1800 672-1952
Atty File#:

NOTARY PUBLIC
My Commission Expires: 03/31/2023 _____

AMY J. CHANTRY
NOTARY PUBLIC
MY COMMISSION EXPIRES 3/31/2023

# EXHIBIT C





2020 0629 17/335

**SUPERIOR COURT OF NEW JERSEY**
**Law Division: Essex County**

|||| ||| ||| ||| || ||| ||| ||| ||| ||| ||| |||
*212556*

**AFFIDAVIT OF SERVICE**

Index no : ESX-L-4352-20

Jade S. White

            Plaintiff(s),

vs.

Melvin Diaz, et al

            Defendant(s).

                                              /

**STATE OF CONNECTICUT**
                        ss: East Hartford
**HARTFORD COUNTY**

**Ethan Yade**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of Connecticut.

On **07/06/2020** at **3:35 PM**, I served the within **Summons and Complaint, CIS, Demands, Certification** on **MD Transport LLC** at **108 Old Foxon Road, New Haven, CT 06513** in the manner indicated below:

CORPORATE SERVICE: By delivering a true copy of each to **Leslie Diaz, Member** of the above named corporation. The undersigned asked the recipient if he/she is authorized to accept service on behalf of **MD Transport LLC**, and the recipient responded in the affirmative.

Comments: **06/30/2020 @ 4:30 P.M., this is a a resident. Melvin Diaz is not present.**

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|-----|--------------------|--------------|-----|--------|--------|
| **Female** | **Hispanic** | **Black** | **35** | **5'4"** | **130** |
| Other Features: | | | | | |

Sworn to and subscribed before me on
July 07, 2020
by an affiant who is personally known to
me or produced identification.

NOTARY PUBLIC
My Commission Expires: 03/31/2023

X _____
Ethan Yade
Guaranteed Subpoena
2009 Morris Avenue
Union, NJ 07083
1 800 672-1952
Atty File#:

AMY J. CHANTRY
*NOTARY PUBLIC*
MY COMMISSION EXPIRES 3/31/2023

# EXHIBIT D

LAW OFFICES

## McHUGH & IMBORNONE

A PROFESSIONAL ASSOCIATION

29 COLUMBIA TURNPIKE

SUITE 101

FLORHAM PARK, NEW JERSEY

07932

SALVATORE IMBORNONE, JR.
BRYAN R. GAVIN

THOMAS P. McHUGH
(1958-2003)

September 24, 2020

TELEPHONE NO.
(973) 966-1520

TELECOPIER NO.
(973) 966-6028

*Via First-Class Mail & Facsimile (516) 349-9427*

Lancer Insurance Company
P.O. Box 9123
Plainview, New York 11803

Attn: Claim No. 1928000 - EC

> Re:   Our Client:  Jade White
>          Date of Accident:  11/4/19
>          Your Insured:  MD Transport, LLC
>          Claim No.:  1928000
>          Our File No.:  28289

Dear Sir/Madam:

     Enclosed herewith please find copy of filed Complaint and Jury Demand, together with Affidavits of Service on Melvin Diaz and MD Transport, LLC.  Kindly forward these documents to counsel for the filing of a responsive pleading.

     Thank you.

Very truly yours,

McHUGH & IMBORNONE, P.A.

Salvatore Imbornone, Jr.

SI/ap
Enclosures

# EXHIBIT E

Gregory S. Pennington, Esq. 019001997
TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP
322 Highway 35 South
Red Bank, New Jersey 07701
732-985-1000
Attorneys for Defendants: Melvin Diaz and MD Transport, LLC
TLSS File No.: 2410.0054

|  |  |
|---|---|
| JADE S. WHITE,<br><br>Plaintiff,<br><br>v.<br><br>MELVIN DIAZ, MD TRANSPORT, LLC, ABC COMPANIES (1-10) (names being fictitious) and JOHN DOES (1-10) (names being fictitious),<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: ESSEX COUNTY<br><br>DOCKET NO.: ESX-L-4352-20<br><br>*Civil Action*<br><br>**REQUEST FOR STATEMENT OF DAMAGES** |

Pursuant to Rule 4:5-2, defendants hereby demands of plaintiff, Jade S. White, a specific

statement of the amount of money damages claimed on each count of the Complaint, within 5

days of the date hereof.

Dated:  October 8, 2020

Gregory S. Pennington, Esq.
TRAUB LIEBERMAN STRAUS &
SHREWSBERRY LLP
Attorneys for Defendants:
Melvin Diaz and MD Transport, LLC

EXHIBIT F

## Greg Pennington

| | |
|---|---|
| **From:** | Bryan Gavin <b.gavin@minjlaw.com> |
| **Sent:** | Wednesday, October 14, 2020 10:55 AM |
| **To:** | Amanda Muldowney |
| **Cc:** | Greg Pennington |
| **Subject:** | RE: Jade White v. MD Transport; ESX-L-4352-20; Our File No.: 2410.0054 |

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Greg-

As previously indicated, plaintiff continues active medical treatment.  Plaintiff's demand, without prejudice, is $500,000.

Thank you.


Bryan R. Gavin
Attorney at Law/Certified NFL Agent
McHugh & Imbornone, P.A.
29 Columbia Turnpike, Suite 101
Florham Park, New Jersey 07932
(P) 973- 966-1520
https://www.minjlaw.com/


**From:** Amanda Muldowney <amuldowney@tlsslaw.com>
**Sent:** Wednesday, October 14, 2020 10:30 AM
**To:** Bryan Gavin <b.gavin@minjlaw.com>
**Cc:** Greg Pennington <gpennington@tlsslaw.com>
**Subject:** Jade White v. MD Transport; ESX-L-4352-20; Our File No.: 2410.0054

Dear Mr. Gavin:

As per Greg Pennington's request, please see attached correspondence.  Thank you.

**AMANDA MULDOWNEY**
LEGAL ADMINISTRATIVE ASSISTANT | PARALEGAL

# TRAUB LIEBERMAN

322 Highway 35 | 3rd Floor | Red Bank, NJ 07701
MAIN (732) 985-1000 | DIRECT (732) 936-5003 | FAX (732) 985-2000
www.traublieberman.com

If you have any difficulty, or if the transmission was incomplete, please advise. This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or e-mail, and delete the electronic version of the message from your system. Thank you.

1

# EXHIBIT G

Gregory S. Pennington, Esq. 019001997
TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP
322 Highway 35 South
Red Bank, New Jersey 07701
732-985-1000
Attorneys for Defendants: Melvin Diaz and MD Transport, LLC
TLSS File No.: 2410.0054

| | |
|---|---|
| JADE S. WHITE, | SUPERIOR COURT OF NEW JERSEY LAW DIVISION: ESSEX COUNTY |
| Plaintiff, | |
| | DOCKET NO.: ESX-L-4352-20 |
| v. | |
| | *Civil Action* |
| MELVIN DIAZ, MD TRANSPORT, LLC, ABC COMPANIES (1-10) (names being fictitious) and JOHN DOES (1-10) (names being fictitious), | **ANSWER, SEPARATE DEFENSES, ANSWERS TO ALL CROSS-CLAIMS, DEMAND FOR DAMAGES, JURY DEMAND, DESIGNATION OF TRIAL COUNSEL, NOTICE PURSUANT TO RULES 1:5-1 AND 4:17-4(c), DEMAND FOR INTERROGATORIES, DEMAND FOR EXECUTED HIPAA MEDICAL AUTHORIZATIONS, CERTIFICATION AND PROOF OF ATTORNEY MAILING** |
| Defendants. | |

Defendants, Melvin Diaz and MD Transport, LLC, by their attorneys TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP, as and for their Answer to the plaintiff's Complaint, respectfully alleges:

## FIRST COUNT

1.      Denies knowledge and information sufficient to form a belief as to those allegations set forth in the paragraph(s) number "1" and "2".

2.      Denies each and every allegation set forth in the paragraph(s) numbered "3" and "4".

1

## SECOND COUNT

1.     Defendants, Melvin Diaz and MD Transport, LLC, repeat and reiterate each and every denial heretofore made in this Answer to the paragraphs of the Complaint designated FIRST COUNT inclusive, with the same force and effect as if set forth here more particularly at length, in response to paragraph "1" of the Second Count.

2.     Denies each and every allegation set forth in the paragraph(s) numbered "2" and "3".

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

1.     Plaintiffs have recovered the costs of medical care, dental care, custodial care, rehabilitation services, loss of earnings and other economical loss and any future such loss or expense will, with reasonable probability, be replaced or indemnified in whole or in part from collateral sources.  Any award made to plaintiffs shall be reduced in accordance with the provisions of New Jersey Rule 2A:15-97.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

2.     The within action is barred or limited in accordance with the provisions of the Comparative Negligence Act and the N.J.S.A. 2A:15-5.1, et. seq.

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE

3.     Any injury, damage or loss sustained was the result of the contributory negligence of the plaintiffs.

## AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

4.     The defendants were faced with an emergency situation and acted reasonably under the circumstances and by reason thereof was guilty of no negligence with respect to the accident in question.

**AS AND FOR A FIFTH AFFIRMATIVE DEFENSE**

5.    The Complaint fails to allege facts or set forth a cause of action upon which relief can be granted.

**AS AND FOR A SIXTH AFFIRMATIVE DEFENSE**

6.    The Summons and Complaint of the plaintiffs is defective because of insufficiency of process and/or insufficiency of service of process.

**AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE**

7.    Any recovery in this action is limited by and in accordance with New Jersey Joint Tortfeasors Contribution Law, N.J.S.A. 2A:53A.

**AS AND FOR A EIGHTH AFFIRMATIVE DEFENSE**

8.    This Court does not have jurisdiction over the subject matter of this suit and the answering party reserves the right to move to dismiss due to lack of jurisdiction over the subject matter.

**AS AND FOR A NINTH AFFIRMATIVE DEFENSE**

9.    Defendant says that any damages suffered by plaintiff as a result of the circumstances pled in plaintiff's complaint were the direct result of plaintiff's failure to take reasonable action to prevent damages, and by such failure, plaintiff failed to mitigate any damages in this action.

**AS AND FOR A TENTH AFFIRMATIVE DEFENSE**

10.    Any injury, damage or loss sustained was the result of the negligence of third parties over whom these defendants had no control.

## AS AND FOR A ELEVENTH AFFIRMATIVE DEFENSE

11.     Defendants, Melvin Diaz and MD Transport, LLC, had no notice or knowledge of the condition alleged.

## AS AND FOR A TWELFTH AFFIRMATIVE DEFENSE

12.     The defendants were not guilty of any negligence.

## AS AND FOR A THIRTEENTH AFFIRMATIVE DEFENSE

13.     This defendant reserves the right to move at or before the trial of this matter to strike the Complaint on the grounds set forth in the Separate Defenses.  This defendant hereby reserves the right to move at or before the trial of this matter to strike the Complaint on the grounds that it fails to set forth a cause of action.

## AS AND FOR A FOURTEENTH AFFIRMATIVE DEFENSE

14.     Any injury, damage or loss sustained was the result of the sole negligence of the plaintiff(s).

## AS AND FOR A FIFTEENTH AFFIRMATIVE DEFENSE

15.     This action is time barred by the applicable Statute of Limitations.

## AS AND FOR A SIXTEENTH AFFIRMATIVE DEFENSE

16.     Any injury, damage or loss sustained was the result of an unavoidable accident.

## AS AND FOR A SEVENTEENTH AFFIRMATIVE DEFENSE

17.     That plaintiff injuries was(were) caused in whole or in part by the failure of the operator of the host vehicle to properly restrain the plaintiff(s) in said motor vehicle with a safety seat or belt.

## AS AND FOR A EIGHTEENTH AFFIRMATIVE DEFENSE

18.     That by entering into the activity in which the plaintiff(s) was engaged at the time of

the occurrence set forth in the complaint, said plaintiff(s) knew the hazards thereof and the inherent risks incident thereto and had full knowledge of the dangers thereof; that whatever injuries and damages were sustained by the plaintiff(s) herein as alleged in the complaint arose from and were caused by reason of such risks voluntarily undertaken by the plaintiff(s) in his activities and such risks were assumed and accepted by him in performing and engaging in said activities.

### AS AND FOR A NINETEENTH AFFIRMATIVE DEFENSE

19.     Plaintiff's alleged injuries were not the result of any action and/or omission on the part of defendants, Melvin Diaz and MD Transport, LLC.

### AS AND FOR A TWENTIETH AFFIRMATIVE DEFENSE

20.     Without admitting any negligence or breach of duty, answering defendants state that the plaintiffs' injuries or damages were the result of a superseding or intervening cause.

### ANSWER TO ALL CROSS-CLAIMS

This defendant denies the allegations of any cross-claims which have been or may be asserted against it.

### DEMAND FOR SPECIFICATION OF DAMAGES

Pursuant to Rule 4:5-2, the defendants, Melvin Diaz and MD Transport, LLC, hereby demand of plaintiff, Jade S. White, a specific statement of the amount of money damages claimed on each count of the Complaint.

### JURY DEMAND

Defendants, Melvin Diaz and MD Transport, LLC, hereby demand a trial by jury on all of the issues.

## NOTICE OF DESIGNATION OF TRIAL COUNSEL

PLEASE TAKE NOTICE that, pursuant to Rule 4:25-4, notice is hereby given that Gregory S. Pennington, is designated as trial counsel in the above matter.

## NOTICE PURSUANT TO RULES 1:5-1 AND 4:17-4(c)

PLEASE TAKE NOTICE, that the undersigned attorney does hereby demand, pursuant to the above cited rules of Court, that each party herein deriving or receiving pleadings, deposition transcripts, discovery requests, interrogatories, correspondence and other similar documents or responses thereto, is hereby requested to serve same upon the undersigned attorney, whether or not they were received or served prior to or after the filing date of this Answer.

## DEMAND FOR CERTIFIED ANSWERS TO INTERROGATORIES

PLEASE TAKE NOTICE that pursuant to Rule 4:17-1(b), defendants hereby demand that plaintiffs serve answers to Form A Interrogatories and Supplemental Interrogatories attached hereto, within the time proscribed by the Rules of Court.

## DEMAND FOR EXECUTED HIPAA MEDICAL AUTHORIZATIONS

PLEASE TAKE NOTICE that pursuant to Rule 4:17-4(f), effective September 1, 2014, defendant(s) hereby demands that plaintiff(s) provide, contemporaneously with his/her answer to Interrogatories, fully completed and executed medical authorizations pursuant to the Health Insurance Portability and Accountability Act of 1996 (HIPAA), 42 U.S.C. §§ 1301, et seq., as to each health care provider named in his/her answers to Interrogatories, excluding non-treating expert witnesses, in the format and text of the authorization attached hereto.

6

## CERTIFICATION

The undersigned hereby certifies that the matter in controversy is not the subject of any other court action or arbitration proceeding, now pending or contemplated, and that no other parties should be joined in this action.

The undersigned hereby certifies that the within pleading has been filed and served in accordance with New Jersey Rule 4:6.

I certify that the foregoing statements are true to the best of my knowledge. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

WHEREFORE, defendants, Melvin Diaz and MD Transport, LLC, demand judgment dismissing the Complaint herein together with the costs and disbursements of this action.

Dated: October 19, 2020

TRAUB LIEBERMAN STRAUS &
SHREWSBERRY LLP
Gregory S. Pennington
Attorneys for Defendants: Melvin Diaz and MD
Transport, LLC

Gregory S. Pennington, Esq. 019001997
TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP
322 Highway 35 South
Red Bank, New Jersey 07701
732-985-1000
Attorneys for Defendants: Melvin Diaz and MD Transport, LLC
TLSS File No.: 2410.0054

| | |
|---|---|
| JADE S. WHITE, | SUPERIOR COURT OF NEW JERSEY |
| | LAW DIVISION: ESSEX COUNTY |
| Plaintiff, | |
| | DOCKET NO.: ESX-L-4352-20 |
| v. | |
| | *Civil Action* |
| MELVIN DIAZ, MD TRANSPORT, LLC, | |
| ABC COMPANIES (1-10) (names being | |
| fictitious) and JOHN DOES (1-10) (names | |
| being fictitious), | |
| Defendants. | |

## SUPPLEMENTAL AUTO INTERROGATORIES

1.     Have you ever made a claim or filed a lawsuit or worker's compensation claim against anyone growing out of any personal injury to yourself? If so, list: (a) dates and placed thereof (b) dates and place of the accident. (c) disposition of such claims. (d)injuries sustained by you. (e) name and address of person or company against whom you made a claim. (f) if suit or claim petition was filed, name of Court.

2.     Indicate and itemize any and all medical expenses, salary or other income not paid by PIP coverage that you claim were or are in any way caused by the accident that is subject of this lawsuit.

3.     Have you ever been in an accident or incident of any kind in which you were injured or hurt in any way? If so, state: (a) date and place of such accident, (b) names of persons involved, (c) whether it resulted in a lawsuit and, if so, in which Court and state disposition of such suit, (d) names and addresses of all attorneys, (e) names and addresses of all medical experts and providers, (f) the injuries sustained by you.

4.     State the names and addresses, of all physicians, pharmacies and health care providers with whom you treated within the ten years preceding the accident in question, indicating dates and reasons for treatment to the best of your knowledge.

5.     Did you have private health insurance at the time of this motor vehicle accident? If so, state:

(A)     Please provide the policy number, group number and ID number.

(B)     State whether any medical bills were submitted to your private health insurance carrier. If not, why not?

(C)     If so, what has your private health insurance carrier paid on your behalf as a result of any treatment for your alleged injuries?

6.     Identify all social/professional networking websites from the date of the subject injury and currently (such as Facebook, Instagram, MySpace, Twitter, LinkedIn, Meetup.com, Mylife, etc.) with your username and passwords.

7.     Please list the number and service carrier associated with each cellular telephone used by the Plaintiff and/or registered in the Plaintiffs name (this includes all numbers registered to and/or used by the Plaintiff under a "family plan" or similar service) at the time of the subject accident.

8.     Did you reside with a parent or spouse who owned a vehicle on November 4, 2019?

9.     Did you own a vehicle on November 4, 2019 whether it was operable or inoperable?

10.     If yes, please provide the name and address of the insurance company for your vehicle and attach a copy of your proof of insurance, registration and title.

## AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION MEDICAL RECORDS

This authorization is effective April 14, 2003, pursuant to the Department of Health and Human Services Standards for Privacy of Individually Identifiable Health Information, 45 C.F.R. Parts 160 and 164, promulgated pursuant to the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), Title II, Subtitle F, §§ 261-264, Public Law 104-191.

TO:      Provider Name:
           Provider Address:

RE:      Patient Name:
           Patient Address:

           Patient Date of Birth:
           Patient Social Security No.:
           Date of Service:
           Lawsuit Case Name:
           Docket Number:

I, _____, am a plaintiff/patient and/or plaintiff/personal representative of the above named patient in the above-referenced civil action pending in Superior Court of New Jersey, Law Division, _____. I hereby execute this Authorization for the disclosure of health information for purposes of the above litigation.

1.     I hereby authorize and direct that a true and complete copy of my entire medical file/records be copied and produced, to the attorney identified in Section 2, which authorization includes but is not limited to:

- Any and all records pertaining to office visits and appointments;
- Inpatient or outpatient medical record tests and reports;
- Radiology records and reports;
- Cytology records and reports;
- Hospital records and reports;
- Billing statements and invoices;
- Autopsy records and reports;
- Consulting physicians' reports and records;
- Laboratory/clinic records and reports;
- Surgical procedure records and reports;
- Records and notes regarding personal histories, medical histories, social histories, family histories;
- Records and notes regarding alcohol and drug usage;
- Records and notes regarding psychotherapy/psychiatric records and notes;
- HIV records and reports;
- Physician orders;
- Nurses' notes;
- Progress notes;
- Medication notes and prescriptions;
- Correspondence;
- Reprints/radiographic copies of actual x-ray film;
- Reprints/radiographic copies of actual medical scans;
- Reprints/radiographic copies of all radiographic films and/or data;
- Actual pathology materials, including but not limited to slides, tissue blocks, recuts and stains; and
- Any or all other documents and writings whether they be regarding medical and/or non-medical services.

2.     I authorize that the above documents be forwarded to Gregory S. Pennington, Esquire, Traub Lieberman Straus & Shrewsberry LLP, 322 Highway 35 South, Red Bank, New Jersey 07701.

3.      I further authorize you to provide Gregory S. Pennington, Esquire, Traub Lieberman Straus & Shrewsberry LLP at the address listed in Section 2, a periodic update of any and all materials referenced above and pertaining to any and all subsequent care and treatment provided to me, as requested.

4.      This authorization is valid for all requests made to you until the termination of the above referenced civil lawsuit pursuant to 45 C.F.R. Part 164.508(c)(iiv).

5.      I hereby waive all privileges with respect to production of the above-referenced documents.

6.      I direct that you are hereby released from any liability in connection with the disclosure of documents provided pursuant to this authorization.

7.      I authorize that a copy of this authorization will suffice in lieu of the original.

8.      I understand that I have a right to revoke the authorization at any time by notifying your office staff in writing. I am, however, aware that my revocation is not effective to the extent that the persons I have authorized to use and/or disclose my protected health information have acted in reliance upon this authorization.

9.      I understand that if my protected health information is disclosed to someone who is not required to comply with the Federal Privacy Rule, then such information may be re-disclosed by the recipient and would no longer be protected.

10.     I understand that you may not condition my treatment, payment, enrollment in a health plan, or eligibility for benefits upon the provision of this authorization.  45 C.F.R. Part 164.508(b)(4).

11.     I understand that I have a right to refuse to sign this authorization.

12.     I understand that I may see and copy the information described on this form if I ask for it and that I will receive a copy of this authorization after I sign it.


_____                    _____
Witness                                            Patient Signature

                                                   _____
                                                   Patient Name Printed

                                                   _____
                                                   Date

                          OR

_____                    _____
Witness                                            Personal Representative

                                                   _____
                                                   Name of Personal Representative

                                                   _____
                                                   Relationship of Personal Representative to Patient

                                                   _____
                                                   Date

Gregory S. Pennington, Esq. 019001997
TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP
322 Highway 35 South
Red Bank, New Jersey 07701
732-985-1000
Attorneys for Defendants: Melvin Diaz and MD Transport, LLC
TLSS File No.: 2410.0054

---

| | |
|---|---|
| JADE S. WHITE, | SUPERIOR COURT OF NEW JERSEY |
| | LAW DIVISION: ESSEX COUNTY |
| Plaintiff, | |
| | DOCKET NO.: ESX-L-4352-20 |
| v. | |
| | *Civil Action* |
| MELVIN DIAZ, MD TRANSPORT, LLC, | |
| ABC COMPANIES (1-10) (names being | **PROOF OF ATTORNEY MAILING** |
| fictitious) and JOHN DOES (1-10) (names | |
| being fictitious), | |
| | |
| Defendants. | |

---

1. I, the undersigned, am Gregory S. Pennington, attorney(s) for Melvin Diaz and MD Transport, LLC, in the above-entitled action.

2. On October 19, 2020, I eFiled via eCourts the ANSWER, SEPARATE DEFENSES, ANSWERS TO ALL CROSS-CLAIMS, DEMAND FOR DAMAGES, JURY DEMAND, DESIGNATION OF TRIAL COUNSEL, NOTICE PURSUANT TO RULES 1:5-1 AND 4:17-4(c), DEMAND FOR INTERROGATORIES, DEMAND FOR EXECUTED HIPAA MEDICAL AUTHORIZATIONS AND CERTIFICATION and forwarded via U.S. Postal Service a courtesy copy to McHugh & Imbornone, P.A. at said addressee's last known address.

8

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: October 19, 2020

_____
TRAUB LIEBERMAN STRAUS &
SHREWSBERRY LLP
Gregory S. Pennington
Attorneys for Defendants: Melvin Diaz and MD
Transport, LLC

# Civil Case Information Statement

### Case Details: ESSEX | Civil Part Docket# L-004352-20

**Case Caption:** WHITE JADE  VS DIAZ MELVIN

**Case Initiation Date:** 06/29/2020

**Attorney Name:** GREGORY STEPHEN PENNINGTON

**Firm Name:** TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP

**Address:** 322 HIGHWAY 35

RED BANK NJ 07701

**Phone:** 7329851000

**Name of Party:** DEFENDANT : MD TRANSPORT, LLC

**Name of Defendant's Primary Insurance Company**

**(if known):** Lancer Insurance Company

**Case Type:** AUTO NEGLIGENCE-PERSONAL INJURY (NON-VERBAL THRESHOLD)

**Document Type:** Answer

**Jury Demand:** YES - 6 JURORS

**Is this a professional malpractice case?**  NO

**Related cases pending:** NO

**If yes, list docket numbers:**

**Do you anticipate adding any parties (arising out of same transaction or occurrence)?** NO

**Are sexual abuse claims alleged by: JADE S WHITE?** NO

---

### THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE
#### CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

**Do parties have a current, past, or recurrent relationship?** NO

**If yes, is that relationship:**

**Does the statute governing this case provide for payment of fees by the losing party?** NO

**Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition:**

**Do you or your client need any disability accommodations?** NO
  **If yes, please identify the requested accommodation:**

**Will an interpreter be needed?** NO
  **If yes, for what language:**

**Please check off each applicable category: Putative Class Action?** NO  **Title 59?** NO  **Consumer Fraud?** NO

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

10/19/2020
Dated

/s/ GREGORY STEPHEN PENNINGTON
Signed